# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER P. NAEYAERT<br><br>PLAINTIFF(S),<br><br>v.<br><br>KIMBERLY–CLARK CORPORATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:17−cv−0950 SJO (SPx)<br><br>**NOTICE OF ASSIGNMENT OF<br>EASTERN DIVISION REMOVAL CASE** |

This case was initially assigned to District Judge __Jesus G. Bernal__ and referred to Magistrate Judge __Sheri Pym__ for discovery. Pursuant to General Order 16-05, this case has been randomly reassigned to __District Judge S. James Otero__.

Most district judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order No. 05-07. If this case has been assigned to Judge Manuel L. Real, discovery-related motions should generally be noticed for hearing before the assigned district judge. Otherwise, discovery-related motions should generally be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' Procedures and Schedules, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

The case number on all documents filed with the Court in this case should read as follows:

__5:17−cv−0950 SJO (SPx)__

Clerk, U.S. District Court

_May 16, 2017_
Date

By: _/s/ Edwin Sambrano_
Deputy Clerk

## ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*